Attorney:
MICHAEL FAILLACE
MICHAEL FAILLACE & ASSOCIATES
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165


5 2 1 9 6 1

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK

PAULINO CASTILLO MARTINEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS
SIMILARLY SITUATED
    Plaintiff

PARK PIZZA, INC. D/B/A PIZZA PARK, ET AL
    Defendant

Index / case #: 1:20-CV-07986-JGK

## AFFIDAVIT OF SERVICE

__NEW YORK__ County, State of: __NEW YORK__ __HECTOR FIGUEROA__ being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: __New York__

On __12/29/20__ at __3:40__ am/pm at: 1233 1ST AVENUE #6309 NEW YORK NY 10065

Deponent served the within: SUMMONS, COMPLAINT,
NOTICE OF INTENTION

On which were set forth the Index No., herein, and date of filing

On: ARTURO IENTILE C/O PIZZA PARK
    (herein after called the recipient) therein named.

[ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[X] **Suitable Age person** — By delivering thereat a true copy of each to: __SALVADOR DOE__, __PARTNER__ a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [X] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State. Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[ ] **Corporation or Partnership** — By delivering thereat a true copy of each to: _____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _____ thereof.

[X] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [X] Actual Place of Business at __1233 1ST AVENUE #6309 NEW YORK NY 10065__ __12/29/20__ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicateon the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] **Description**
[X] Male    [X] White skin    [ ] Black hair    [ ] 14-20 Yrs    [ ] Under 5'    [ ] Under 100 Lbs
[ ] Female    [ ] Black skin    [ ] Brown hair    [ ] 21-35 Yrs    [ ] 5'0"-5'3"    [ ] 100-130 Lbs
   [ ] Yellow skin    [X] Gray hair    [ ] 36-50 Yrs    [X] 5'4"-5'8"    [ ] 131-160 Lbs
   [ ] Brown skin    [ ] Blonde hair    [X] 51-65 Yrs    [ ] 5'9"-6'0"    [X] 161-200 Lbs
   [ ] Red skin    [ ] Red hair    [ ] Over 65 Yrs    [ ] Over 6'    [ ] Over 200 Lbs
Other Identifying Features __LIGHT EYES__

[X] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

[ ] _____

Sworn to before me on __12/30/20__

HOWARD DANIEL GOLDMAN
Notary Public State Of New York
No. 01GO6062406
Qualified In New York County
Commission Expires July 1, 2022

_(signature)_
(Print name below signature)
__HECTOR FIGUEROA, #0870141__

File No.    1:20-CV-07986-JGK        Work Order No.    521961

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| PAULINO CASTILLO MARTINEZ, individually and on behalf of others similarly situated, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 20-cv-7986 |
| PARK PIZZA, INC. (D/B/A PIZZA PARK), ARTURO IENTILE, and SALVADOR DOE, | ) ) ) ) |
| *Defendant(s)* | ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Arturo Ientile
c/o Pizza Park
1233 1st Avenue #6309,
New York, NY 10065


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael A. Faillace
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: ___09/28/2020___      /s/ D. Howie

*Signature of Clerk or Deputy Clerk*