Attorney:
MICHAEL FAILLACE
MICHAEL FAILLACE & ASSOCIATES
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165


521962

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK

PAULINO CASTILLO MARTINEZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED
    Plaintiff

PARK PIZZA, INC. D/B/A PIZZA PARK, ET AL
    Defendant

Index / case #: 1:20-CV-07986-JGK

## AFFIDAVIT OF SERVICE

NEW YORK County, State of: NEW YORK     HECTOR FIGUEROA     being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: _____

On 12/28/20 at 3:40 am/**pm** at: 1233 1ST AVENUE #6309 NEW YORK NY 10065

**Deponent served the within:** SUMMONS, COMPLAINT, NOTICE OF INTENTION

On which were set forth the Index No., herein, and date of filing

**On:** SALVADOR DOE C/O PIZZA PARK
(herein after called the recipient) therein named.

[X] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[ ] **Suitable Age person** — By delivering thereat a true copy of each to: _____
a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [ ] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[ ] **Corporation or Partnership** — By delivering thereat a true copy of each to: _____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _____ thereof.

[ ] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [ ] Actual Place of Business at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] **Description**
[X] Male    [X] White skin    [ ] Black hair    [ ] 14-20 Yrs    [ ] Under 5'    [ ] Under 100 Lbs
[ ] Female    [ ] Black skin    [ ] Brown hair    [ ] 21-35 Yrs    [ ] 5'0"-5'3"    [ ] 100-130 Lbs
   [ ] Yellow skin    [X] Gray hair    [ ] 36-50 Yrs    [X] 5'4"-5'8"    [ ] 131-160 Lbs
   [ ] Brown skin    [ ] Blonde hair    [X] 51-65 Yrs    [ ] 5'9"-6'0"    [X] 161-200 Lbs
   [ ] Red skin    [ ] Red hair    [ ] Over 65 Yrs    [ ] Over 6'    [ ] Over 200 Lbs
Other Identifying Features: LIGHT EYES

[X] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on 12/30/20

HOWARD DANIEL GOLDMAN
Notary Public State Of New York
No. 01GO5062405
Qualified in New York County
Commission Expires July 1, 2022

(Print name below signature)
HECTOR FIGUEROA, # 0870141

File No. 1:20-CV-07986-JGK

Work Order No. 521962

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PAULINO CASTILLO MARTINEZ, individually and on
Behalf of others similarly situated,

        Plaintiff,

     -against-

PARK PIZZA, INC. (D/B/A PIZZA PARK), ARTURO
IENTILE, and SALVADOR DOE,

        Defendants.
-------------------------------------------------------------X

Civil Action No. 20-cv-7986

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK }
        S.S.
COUNTY OF NEW YORK}

        **HECTOR FIGUEROA**, being duly sworn, deposes and says that he is over eighteen years of age, is an agent of DGR, and is not a party to this action.

        That on the 28th day of December, 2020, at approximately the time of 3:40pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; AND NOTICE OF INTENTION TO ENFORCE SHAREHOLDER LIABILITY FOR SERVICES RENDERED** upon **SALVADOR DOE** c/o Pizza Park at 1233 1st Avenue, #6309, New York, NY 10065, by personally delivering and leaving the same with **SALVADOR DOE** at that address. At the time of service, deponent asked **SALVADOR DOE** whether he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        **SALVADOR DOE** is a white male, approximately 55 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 200 pounds with grey hair and light eyes.

_/s/ Hector Figueroa_
**HECTOR FIGUEROA, #0870141**

Sworn to before me this
30th day of December, 2020

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
Notary Public State Of New York
No. 01GO6062405
Qualified In New York County
Commission Expires July 7, 2022

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| PAULINO CASTILLO MARTINEZ, individually and on behalf of others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> PARK PIZZA, INC. (D/B/A PIZZA PARK), ARTURO IENTILE, and SALVADOR DOE, <br><br> *Defendant(s)* | Civil Action No. 20-cv-7986 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Salvador Doe
c/o Pizza Park
1233 1st Avenue #6309,
New York, NY 10065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael A. Faillace
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  09/28/2020                                                        /s/ D. Howie
                                                                *Signature of Clerk or Deputy Clerk*