UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――

**PAULINO CASTILLO MARTINEZ**

                 Plaintiff,         20-cv-7986 (JGK)

    - against -                     <u>ORDER</u>

**PARK PIZZA, INC., ET AL.,**

                 Defendant.
―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The plaintiff should file an amended complaint by **February 12, 2021.**

    **SO ORDERED.**

**Dated:**    **New York, New York**
           **January 27, 2021**          <u>/s/ John G. Koeltl</u>
                                              **John G. Koeltl**
                                   **United States District Judge**