UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULINO CASTILLO MARTINEZ,

                Plaintiff,        20 cv 7986 (JGK)

      - against -                <u>ORDER</u>

PARK PIZZA, INC, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) report by April 30, 2021.

    SO ORDERED.

Dated:    New York, New York
           April 19, 2021

                                        John G. Koeltl
                                United States District Judge