**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PAULINO CASTILLO MARTINEZ,
*individually and on behalf of others similarly*
*situated,*

                              *Plaintiff,*

                    -against-

PARK PIZZA, INC. (D/B/A PIZZA PARK),
ARTURO IENTILE, and SALVADOR
IENTILE,

                              *Defendants.*
-----------------------------------------------------------X

**STIPULATION OF VOLUNTARY**
**DISMISSAL WITHOUT**
**PREJUDICE PURSUANT TO**
**RULE 41(a)(1)(A)(ii)**

**Case No.: 1:20-cv-07986-JGK**

IT IS HEREBY STIPULATED AND AGREED by and between the all Parties in the above captioned action and their respective attorneys' that the action is voluntarily dismissed against all Defendants without prejudice and without costs and attorneys' fees. Defendants, through counsel stipulate and agree that in accordance with this stipulation, should the Plaintiff bring the same claims pled herein under the laws and regulations of the State of New York, Defendants agree to waive service and accept service of the aforesaid complaint, if any, filed with the Supreme Court of the State of New York.

Dated: New York, New York
       April 20, 2021

THE CURLEW LAW FIRM

By: _____
       Isaac Jordan Myers, III
       188 Grand Street, Suite 337
       New York, New York 10013
       Telephone: (212) 804-8655
       isaac@curlewlaw.com
       *Attorneys for Defendants*

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _____
       Kevin S. Johnson, Esq.
       60 East 42nd Street, Suite 4510
       New York, New York 10165
       Telephone: (212) 317-1200
       Facsimile: (212) 317-1620
       *Attorneys for Plaintiff*

S o ordered.

John G. Koeltl
U.S.D.J.

4/30/21